# First District Court of Appeal
## State of Florida

_____

No. 1D19-721
_____

Francisco Baca,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

July 11, 2019

Per Curiam.

Affirmed.

Wolf, Roberts, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

No appearance for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.